ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

CALIFORNIA LEMON LAW CENTER, INC.
LUCY KASPARIAN, State Bar No. 228932
136 N. Glendale Ave.
Glendale, California 91206
Tel: (818) 547-5777 ▪ Fax: (818) 547-9777
E-mail: LKasparian@aol.com

Attorneys for Plaintiff Daoud Abedi

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DAOUD ABEDI,<br><br>                    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>                    Defendant. | Case No.  **SACV08-00398 JVS (ANx)**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges as follows:

### JURISDICTION

1.     This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332, because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00.  Plaintiff is citizen of the state of California.  Defendant Mercedes-Benz USA, LLC is a Limited Liability Company whose sole member, DaimlerChrysler North American Holdings, Inc., is a

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

- 1 -

1   corporation that is organized and existing under the laws of the state of Delaware

2   and having its principal place of business in Michigan.

### PARTIES

4       2.      As used in this Complaint, the word "Plaintiff" shall refer to Plaintiff

5   Daoud Abedi.

6       3.      As used in this Complaint, the word "Defendant" shall refer to all

7   Defendants named in this Complaint.

### FIRST CLAIM FOR RELIEF

### BY PLAINTIFF AGAINST DEFENDANT

### BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### CAL. CIV. CODE § 1794

12      4.      On or about October 9, 2006, Plaintiff leased a 2007 Mercedes-Benz

13  E550, VIN # WDBUF27X17B041088 (hereafter "Vehicle") which was

14  manufactured, distributed, or sold by Defendant.  The total consideration which

15  Plaintiff paid or agreed to pay, including taxes, license, and finance charges is

16  $78,650.21.  The Vehicle was leased primarily for personal, family, or household

17  purposes.  Plaintiff leased the Vehicle from a person or entity engaged in the

18  business of manufacturing, distributing, or selling consumer goods at retail.

19      5.      In connection with the lease, Plaintiff received an express written

20  warranty in which Defendant undertook to preserve or maintain the utility or

21  performance of the Vehicle or to provide compensation if there is a failure in

22  utility or performance for a specified period of time.  The warranty provided, in

23  relevant part, that in the event a defect developed with the Vehicle during the

24  warranty period, Plaintiff could deliver the Vehicle for repair services to

25  Defendant's representative and the Vehicle would be repaired.

26      6.      During the warranty period, the Vehicle contained or developed

27  defects which cause the vehicle to lose power, defects which cause the "CHECK

28  ENGINE" light to be illuminated, defects which cause the instrument cluster

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

COMPLAINT; DEMAND FOR JURY TRIAL

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

1  screen to go blank, defects which cause the front passenger airbag to be enabled

2  when it should not, defects which cause the passenger side headrest not to go up or

3  down, defects which cause steering wheel to be loose and to snake, defects which

4  cause the vehicle not to stop when braking hard, defects which cause the driver

5  side seat switch headrest knob to fall off, defects which cause the engine the engine

6  to be noisy when the vehicle has been shut off for an extended amount of time,

7  defects which cause the sunroof to be inoperative, defects which cause excessive

8  static in the teleaid speakers when the radio is off, defects which cause the vehicle

9  to hesitate and jerk into gear, and defects which cause the A/C not to blow cold air.

10       7.      Pursuant to Civil Code §§ 1792 and 1791.1, the sale of the Vehicle

11  was accompanied by Defendant's implied warranty of merchantability.  The

12  duration of the implied warranty is coextensive in duration with the duration of the

13  express written warranty provided by Defendant.

14       8.      The implied warranty of merchantability means and includes that the

15  Vehicle will comply with each of the following requirements:  (1) The Vehicle will

16  pass without objection in the trade under the contract description; (2) The Vehicle

17  is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is

18  adequately contained, packaged, and labeled; and (4) The Vehicle will conform to

19  the promises or affirmations of fact made on the container or label.

20       9.      On or about October 9, 2006, or during the time period in which the

21  implied warranty was in effect, the Vehicle contained or developed the defects

22  stated in paragraph 6, above.  The existence of each of these defects constitutes a

23  breach of the implied warranty because the Vehicle (1) does not pass without

24  objection in the trade under the contract description, (2) is not fit for the ordinary

25  purposes for which such goods are used, (3) is not adequately contained, packaged,

26  and labeled, and (4) does not conform to the promises or affirmations of fact made

27  on the container or label.

28

COMPLAINT; DEMAND FOR JURY TRIAL

10. Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the Vehicle, and has exercised a right to cancel the sale. By serving this Complaint, Plaintiff does so again. Accordingly, Plaintiff seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire purchase price. In addition, Plaintiff seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiff believes that, at the present time, the Vehicle's value is *de minimis*.

11. Plaintiff has been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore brings this claim pursuant to Civil Code § 1794.

**SECOND CLAIM FOR RELIEF**

**BY PLAINTIFF AGAINST DEFENDANT**

**BREACH OF THE IMPLIED WARRANTY OF FITNESS**

**CAL. CIV. CODE § 1794**

12. Plaintiff incorporates by reference the allegations contained in paragraphs 4 through 6 and paragraph 10, above.

13. Defendant is a manufacturer, distributor, or seller who had reason to know at the time of the retail sale that the Vehicle was required for a particular purpose and that the Plaintiff was relying on the Defendant's skill or judgment to select or furnish suitable goods.

14. Pursuant to Civil Code § 1792.1, the sale of the Vehicle was accompanied by Defendant's implied warranty that the Vehicle would be fit for Plaintiff's particular purpose. The duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant.

15. On or about October 9, 2006, or during the time period in which the implied warranty was in effect, the Vehicle contained or developed the defects

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

1  stated in paragraph 6, above. The existence of each of these defects constitutes a

2  breach of the implied warranty because the Vehicle is not fit for Plaintiff's

3  particular purpose.

4        16.   Plaintiff has been damaged by Defendant's failure to comply with its

5  obligations under the implied warranty, and therefore brings this claim pursuant to

6  Civil Code § 1794.

### THIRD CLAIM FOR RELIEF

### BY PLAINTIFF AGAINST DEFENDANT

### BREACH OF EXPRESS WARRANTY

### CAL. CIV. CODE § 1794

11        17.   Plaintiff incorporates by reference the allegations contained in

12  paragraphs 4 through 6 and paragraph 10, above.

13        18.   In accordance with Defendant's warranty, Plaintiff delivered the

14  Vehicle to Defendant's representative in this state to perform warranty repairs.

15  Plaintiff did so within a reasonable time. Each time Plaintiff delivered the Vehicle,

16  Plaintiff notified Defendant and its representative of the characteristics of the

17  defects. However, the representative failed to repair the Vehicle, breaching the

18  terms of the written warranty on each occasion.

19        19.   Plaintiff has been damaged by Defendant's failure to comply with its

20  obligations under the express warranty, and therefore brings this claim pursuant to

21  Civil Code § 1794.

22        20.   Defendant's failure to comply with its obligations under the express

23  warranty was willful, in that Defendant and its representative were aware of their

24  obligation to repair the Vehicle under the express warranty, but they intentionally

25  declined to fulfill that obligation. Accordingly, Plaintiff is entitled to a civil

26  penalty of two times Plaintiff's actual damages pursuant to Civil Code § 1794(c).

27

28

COMPLAINT; DEMAND FOR JURY TRIAL

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

# FOURTH CLAIM FOR RELIEF
## BY PLAINTIFF AGAINST DEFENDANT
## FAILURE TO PROMPTLY REPURCHASE PRODUCT
## CAL. CIV. CODE § 1793.2(d)

21.     Plaintiff incorporates by reference the allegations contained in paragraphs 4 through 6, above.

22.     Defendant and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of attempts.  Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiff as required by Civil Code §§ 1793.2(d) and 1793.1(a)(2).

23.     Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code §§ 1793.2(d) and 1793.1(a)(2), and therefore brings this claim pursuant to § 1794.

24.     Defendant's failure to comply with its obligations under § 1793.2(d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution despite Plaintiff's demand.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to § 1794(c).

25.     Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with § 1793.22.  Despite Defendant's violation of § 1793.2(d) and its notice thereof, Defendant failed to comply with its obligations within a reasonable time.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code § 1794(e).

- 6 -

COMPLAINT; DEMAND FOR JURY TRIAL

26.     Plaintiff seeks civil penalties pursuant to § 1794, subdivisions (c) and (e) in the alternative and does not seek to cumulate civil penalties, as provided in § 1794(f).

### FIFTH CLAIM FOR RELIEF
### BY PLAINTIFF AGAINST DEFENDANT
### FAILURE TO COMMENCE REPAIRS WITHIN A REASONABLE TIME
### AND TO COMPLETE THEM WITHIN 30 DAYS
### CAL. CIV. CODE § 1794

27.     Plaintiff incorporates by reference the allegations contained in paragraphs 4 through 6 and paragraph 10, above.

28.     Although Plaintiff delivered the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code § 1793.2(b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

29.     Plaintiff has been damaged by Defendant's failure to comply with its obligations pursuant to § 1793.2(b), and therefore brings this claim pursuant to § 1794.

30.     Defendant's failure to comply with its obligations under § 1793.2(b) was willful, in that Defendant and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to § 1794(c).

COMPLAINT; DEMAND FOR JURY TRIAL

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

# SIXTH CLAIM FOR RELIEF
## BY PLAINTIFF AGAINST DEFENDANT
## CONVERSION

31.     Plaintiff incorporates by reference the allegations contained in the Fourth Claim for Relief, above.

32.     Plaintiff is the owner of and has an immediate right to possession of a specific sum of money which is capable of identification. *Farmers Ins. Ex. v. Zerin*, 53 Cal.App.4th 445, 451-52 (1997).  Specifically, pursuant to Civil Code § 1793.2(d), Plaintiff is entitled to restitution of the amounts paid or payable for the Vehicle from Defendant.

33.     Instead of delivering the money to which Plaintiff is entitled to Plaintiff, Defendant has wrongfully converted that money for its own use.

34.     As a result of Defendant's conversion, Plaintiff has suffered damages.

35.     Defendant's conduct was fraudulent, oppressive, and malicious, and thus, Plaintiff is entitled to recover punitive damages pursuant to Civil Code section 3294.  Specifically, Defendant was aware of its obligation to make restitution to Plaintiff and intentionally failed to do so.  In addition, Defendant falsely and intentionally misrepresented to Plaintiff that it was not obligated to make restitution.  Furthermore, Defendant is aware that Plaintiff has little choice but to continue using the defective Vehicle, and Defendant intentionally refused to make restitution to Plaintiff with the intent of arguing that Plaintiff's continued use is a reason to deny restitution to Plaintiff.

## PRAYER

PLAINTIFF PRAYS for judgment against Defendant as follows:

1.     For Plaintiff's damages in the amount of at least $78,650.21.

2.     For restitution to Plaintiff in the amount of $78,650.21.

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

COMPLAINT; DEMAND FOR JURY TRIAL

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

1    3.    On Plaintiff's Third Claim for Relief, for a civil penalty in the amount

2  of $157,300.42, which is two times Plaintiff's total damages, pursuant to Civil

3  Code § 1794(c) and (e).

4    4.    On Plaintiff's Fourth Claim for Relief, for a civil penalty in the

5  amount of $157,300.42, which is two times Plaintiff's total damages, pursuant to

6  Civil Code § 1794(c) and (e).

7    5.    On Plaintiff's Fifth Claim for Relief, for a civil penalty in the amount

8  of $157,300.42, which is two times Plaintiff's total damages, pursuant to Civil

9  Code § 1794(c) and (e).

10    6.    For any consequential and incidental damages.

11    7.    For punitive damages in the amount of at least $100,000.

12    8.    For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant

13  to Civil Code § 1794(d).

14    9.    For prejudgment interest at the legal rate.

15    10.    And for such other relief as the Court may deem proper.

16  DATED:  April 9, 2008

17                          ANDERSON LAW FIRM
                           MARTIN W. ANDERSON
18                          LUCY KASPARIAN

19

20
                           By:_____
21                               MARTIN W. ANDERSON
                               Attorneys for Plaintiff Daoud Abedi
22

23

24

25

26

27

28

COMPLAINT; DEMAND FOR JURY TRIAL

1

## DEMAND FOR JURY TRIAL

2    Plaintiff hereby demands a jury trial on all causes of action asserted herein.

3    DATED:  April 9, 2008

4                                              ANDERSON LAW FIRM
                                                MARTIN W. ANDERSON
5                                              LUCY KASPARIAN

6

7

                                                By:_____
8                                                    MARTIN W. ANDERSON
                                                Attorneys for Plaintiff Daoud Abedi

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

- 10 -
COMPLAINT; DEMAND FOR JURY TRIAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV08- 398 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

_____

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

_____

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOUD ABEDI,<br><br>PLAINTIFF(S)<br>v.<br>MERCEDES-BENZ USA, LLC,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV08-00398 JVS (ANx)**<br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
MARTIN W. ANDERSON                               , whose address is:

ANDERSON LAW FIRM
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

**ROLLS ROYCE PASCHAL**

Dated:  APR 1 1 2008

By: _____

Deputy Clerk

*(Seal of the Court)*



CV-01A (01/01)                                        **SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>DAOUD ABEDI, | **DEFENDANTS**<br>MERCEDES-BENZ USA, LLC, |

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles County, California

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Orange County, California (pursuant to 28 U.S.C. § 1391(c))

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
MARTIN W. ANDERSON, State Bar No. 178422
ANDERSON LAW FIRM, 2070 N. TUSTIN AVE.
SANTA ANA, CA 92705
TEL: (714) 516-2700 e-mail: martin@andersonlaw.net

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** 650,551.47

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332 - Diversity of Citizenship

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☑ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

FOR OFFICE USE ONLY:    Case Number: _____ **SACV08-00398 JVS (ANx)** _____

COPY

CV-71 (07/05)                              CIVIL COVER SHEET                              Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Plaintiff Daoud Abedi is a resident of Los Angeles County, California.

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐  Check here if the U.S. government, its agencies or employees is a named defendant.

Defendant Mercedes-Benz USA, LLC is a resident of Orange County, California pursuant to 28 U.S.C. § 1391(c).

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

The claims arose in Los Angeles County, California.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date _____ 04/09/2008 _____

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |