ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

CALIFORNIA LEMON LAW CENTER, INC.
LUCY KASPARIAN, State Bar No. 228932
136 N. Glendale Ave.
Glendale, California 91206
Tel: (818) 547-5777 ▪ Fax: (818) 547-9777
E-mail: LKasparian@aol.com

Attorneys for Plaintiff Daoud Abedi

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DAOUD ABEDI,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. SA CV 08-398 JVS (ANx)<br><br>HON. JAMES V. SELNA<br>Courtroom 10C<br><br>**JUDGMENT AFTER JURY TRIAL**<br><br>Complaint Filed: April 11, 2008<br>Trial Date: June 9, 2009 |

This matter came regularly for trial on June 9, 2009. A jury of eight was impaneled. After deliberations, the jury returned a Special Verdict in favor of Plaintiff and against Defendant, which was filed on June 16, 2009. The contents of the jury's Special Verdict are incorporated herein by reference as if set forth fully herein.

///

///

1  Based upon the jury's Special Verdict, the Court grants this Judgment in
2  favor of Plaintiff Daoud Abedi and against Defendant Mercedes-Benz USA, LLC
3  in the amount of $294,289.71.

4  The amount awarded by the jury as damages reflects the jury's conclusion
5  that Plaintiff revoked acceptance of the vehicle or exercised a right to cancel the
6  sale. Accordingly, upon receipt of the damages due under this judgment, Plaintiff
7  Daoud Abedi shall return the Mercedes-Benz vehicle that is the subject of this
8  action to Defendant Mercedes-Benz USA, LLC at a location specified by Plaintiff.

9  The Jury's Special Verdict reflects that Defendant is not entitled to a
10 mileage offset pursuant to Civil Code section 1793.2(d)(2)(B). When settling jury
11 instructions, the Court found that a mileage offset is appropriate only on Plaintiff's
12 claim for violation of Civil Code section 1793.2(d)(2) and not on Plaintiff's *other*
13 claims, which are governed by Civil Code section 1794(a), (b)(1), and (b)(2). The
14 Court's instructions to the jury on damages reflect the fact that Plaintiff's non-
15 1793.2(d)(2)(B) claims do not allow a mileage offset.

16 The Special Verdict reflects that Plaintiff proved each of the four claims
17 submitted to the jury. Because the jury found in Plaintiff's favor on three *other*
18 claims whose damages are defined by Civil Code section 1794(b)(1) and (2) and
19 because the measure of damages set forth in those sections does not include a
20 mileage offset, the Court finds that no mileage offset is appropriate.

21 Plaintiff Daoud Abedi shall also recover court costs and reasonable attorney
22 fees from Defendant Damon Corporation in the amount of $_____.
23 DATED: July 1, 2009

25 _____
26 HON. JAMES V. SELNA
   UNITED STATES DISTRICT JUDGE